```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 00085
   CALVIN TINDALL
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-5111


---------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/03/08 and confirmed on 05/16/08.

   2.  The case was dismissed after confirmation, 09/12/2008.

   3.  The Debtor paid a total of $  11960.00 .

   4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------------
LASALLE BANK                CURRENT MORTG    10012.34             .00      10012.34
LASALLE BANK                MORTGAGE ARRE    48023.82             .00           .00
TRIAD FINANCIAL CORP        SECURED VEHIC     5300.00             .00        980.00
INTERNAL REVENUE SERVICE    PRIORITY         NOT FILED            .00           .00
AMERICASH LOANS             UNSECURED        NOT FILED            .00           .00
ARROW FINANCIAL SERVICES    UNSECURED        NOT FILED            .00           .00
ASSET ACCEPTANCE CORP       UNSECURED        NOT FILED            .00           .00
BONDED COLLECTION CORP      UNSECURED        NOT FILED            .00           .00
CAPITAL ONE BANK            UNSECURED        NOT FILED            .00           .00
DISCOVER BANK               UNSECURED        NOT FILED            .00           .00
FORD MOTOR CREDIT CO        UNSECURED        NOT FILED            .00           .00
GLENBROOK CREDIT UNION      UNSECURED        NOT FILED            .00           .00
GLOBAL PAYMENTS             UNSECURED        NOT FILED            .00           .00
HELLER & FRISONE            UNSECURED        NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM    UNSECURED        NOT FILED            .00           .00
JK HARRIS FINANCIAL REC     UNSECURED        NOT FILED            .00           .00
KCA FINANCIAL SERVICES      UNSECURED        NOT FILED            .00           .00
FEDERATED MACYS             UNSECURED        NOT FILED            .00           .00
NORTHSHORE GAS              UNSECURED        NOT FILED            .00           .00
PALATINE SCHAUMBURG SCHO    UNSECURED        NOT FILED            .00           .00
---------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------------
MARSHALL FIELDS             UNSECURED        NOT FILED            .00           .00
TARGET                      UNSECURED        NOT FILED            .00           .00
PAUL R IDLAS                REIMBURSEMENT      274.00             .00        274.00
TRIAD FINANCIAL CORP        UNSECURED        10053.41             .00           .00
         Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED       PRIORITY     UNSECURED       OTHER          TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      63336.16        274.00      10053.41          .00    73663.57
PRINCIPAL PAID          10992.34        274.00          .00           .00    11266.34
INTEREST PAID                .00           .00          .00           .00         .00
TOTAL PAID              10992.34        274.00          .00           .00    11266.34
```
The Debtor's attorney, PAUL R IDLAS                  , was allowed $   3500.00
and was paid $       .00 .

The Trustee received $     693.66 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 12/30/08                    /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE